UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------

KAREEM PRIOR,

                        Plaintiff,

      vs                                              9:04-CV-354

GLEN S. GOORD, Commissioner, Dept. of
Correctional Services; and WARREN BARKLEY,
Superintendent, Cape Vincent Correctional Facility,

                        Defendants.

-----------------------------------

APPEARANCES:                                OF COUNSEL:

KAREEM PRIOR
03-R-0647
Elmira Correctional Facility
1879 Davis Street
P.O. Box 500
Elmira, NY 14902-0500

HON. ELIOT SPITZER                      CHARLES J. QUACKENBUSH, ESQ
Attorney General of the                 Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983. By Report-

Recommendation dated June 14, 2007, the Honorable David R. Homer, United States

Magistrate Judge, recommended that the defendants' motion for summary judgment be

granted as to all claims and both defendants. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Homer, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motion for summary judgment is GRANTED; and

2. Plaintiff's complaint is DISMISSED as to all claims and to defendants Glen S. Goord and Warren Barkley.

IT IS SO ORDERED.

Dated:  July 18, 2007
        Utica, New York.

United States District Judge