## United States District Court
### Northern District of New York

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 9:04-CV-0354 (DNH)(DRH)

VERNON HOWARD, STANLEY PARRISH,
KAREEM PRIOR, CHRISTOPHER SELLERS,
COLLETTE BAYNES, and CHAD TAYLOR

- v -

GLEN S. GOORD, Commissioner, Dept. of
Correctional Services; WARREN BARKLEY,
Superintendent, Cape Vincent Correctional
Facility

[ ]   Jury verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx]   Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendants' motion for summary judgment as to plaintiff Kareem Prior is GRANTED and his complaint is dismissed, in accordance with the Decision and Order of the Honorable David N. Hurd, United States District Judge, filed July 18, 2007. Plaintiffs Taylor, Parrish and Sellers were previously dismissed by Judge Hurd's May 18, 2004 Order; and plaintiffs Howard and Baynes were dismissed by Judge Hurd's August 30, 2005 Order.

July 25, 2007
DATE

Clerk of Court

C. Mergenthaler
(BY)  DEPUTY CLERK

Entered and served on     July 25, 2007